A. LUIS LUCERO, JR., REGIONAL ATTORNEY
KATHRYN OLSON, SUPERVISORY TRIAL ATTORNEY
TERI HEALY, SENIOR TRIAL ATTORNEY
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVENUE, SUITE 400
SEATTLE, WA  98104
TEL: (206) 220-6916
FAX: (206) 220-6911
Teri.Healy@eeoc.gov

ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | CIVIL ACTION NO. |
| Plaintiff, | COMPLAINT |
| v. | JURY TRIAL DEMAND |
| IFA NURSERIES, INC., | |
| Defendant. | |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex, and to provide appropriate relief to Janice Lowell ("Ms. Lowell") who was adversely affected by such practices. The Equal Employment Opportunity Commission (the "Commission") alleges that IFA Nurseries subjected Ms. Lowell to sexual harassment.  Plaintiff seeks monetary relief, including

COMPLAINT- Page 1 of 5

EQUAL EMPLOYMENT OPPORTUNITYCOMMISSION
Seattle District Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

pecuniary and nonpecuniary compensatory and punitive damages and injunctive relief, on behalf of Ms. Lowell.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. sections 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of Washington at Tacoma.

## PARTIES

3. Plaintiff Commission is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) of Title VII, 42 U.S.C. §2000e-5(f)(1).

4. At all relevant times, Defendant IFA Nurseries ("IFA") has been a corporation continuously doing business in the State of Washington and has continuously had at least 15 employees.

5. At all relevant times, Defendant IFA has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§2000e-(b), (g) and (h).

//

COMPLAINT- Page 2 of 5

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

## STATEMENT OF CLAIMS

6.  More than thirty days prior to the institution of this lawsuit, Ms. Lowell filed a charge with the Commission alleging violations of Title VII by Defendant IFA.  All conditions precedent to the institution of this lawsuit have been fulfilled.

7.  From at least December 15, 2003, Defendant IFA at its Toledo, Washington facility and elsewhere has engaged in unlawful employment practices in violation of §§ 703(a) and 704(a) of Title VII, 42 U.S.C. §§ 2000e-2(a) and -3(a).  Defendant IFA engaged in unlawful practices by subjecting Ms. Lowell to sexual harassment.

8.  The effect of the practices complained of in paragraph 7 above has been to deprive Ms. Lowell of equal employment opportunities.

9.  The unlawful employment practices complained of in paragraph 7 above were intentional.

10.  The unlawful employment practices complained of in paragraph 7 above were done with malice or with reckless indifference to Ms. Lowell's federally protected rights.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A.  Grant a permanent injunction enjoining Defendant, its officers, successors, agents, assigns, and all persons in active concert or participation with it, from engaging in any employment practices which discriminate or retaliate.

B.  Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for all employees, and which eradicate the effects of its past and present unlawful employment practices.

**COMPLAINT-** Page 3 of 5

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Seattle District Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

C. Order Defendant to make whole Ms. Lowell by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

D. Order Defendant to make whole Ms. Lowell by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 7 above, including past and future out-of-pocket expenses, in amounts to be determined at trial.

E. Order Defendant to make whole Ms. Lowell by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraph 7 above, including without limitation emotional pain, suffering, and loss of enjoyment of life, in amounts to be determined at trial.

F. Order Defendant to pay Ms. Lowell punitive damages for its malicious and reckless conduct described in paragraph 7 above, in amounts to be determined at trial.

G. Grant such further relief as the Court deems necessary and proper in the public interest.

H. Award the Commission its costs of this action.

//

//

//

//

//

//

COMPLAINT- Page 4 of 5

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

DATED this   30th   day of  September, 2005.

| | |
|---|---|
| A. LUIS LUCERO, JR. | JAMES L. LEE |
| Regional Attorney | Deputy General Counsel |
| | |
| KATHRYN OLSON | GWENDOLYN Y. REAMS |
| Supervisory Trial Attorney | Associate General Counsel |
| | |
| TERI HEALY | |
| Senior Trial Attorney | |

BY:    /s/   A. Luis Lucero, Jr.           
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

| | |
|---|---|
| Seattle District Office | Office of the General Counsel |
| 909 First Avenue, Suite 400 | 1801 "L" Street NW |
| Seattle, Washington 98104 | Washington, D.C. 20507 |
| Telephone (206) 220-6916 | |
| Facsimile (206) 220-6911 | |
| Teri.Healy@eeoc.gov | |

Attorneys for Plaintiff EEOC

COMPLAINT- Page 5 of 5

EQUAL EMPLOYMENT OPPORTUNITYCOMMISSION
Seattle District Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882