1

2                                         THE HONORABLE RONALD B. LEIGHTON

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                  WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| 10  EQUAL EMPLOYMENT OPPORTUNITY<br>COMMISSION, | |
| 11 | Case No.  C05-5671RBL |
|           Plaintiff, | |
| 12 | **STIPULATED MOTION TO** |
| 13       vs. | **CONSOLIDATE CASES**<br>**AND ORDER** |
| 14  LABOR READY, INC., | |
| 15        Defendant. | |
| 16  EQUAL EMPLOYMENT OPPORTUNITY<br>COMMISSION, | |
| 17 | **NOTICE OF RELATED CASE FILING:** |
|           Plaintiff, | Case No. C05-5641 RBL |
| 18 | |
| 19       vs. | Note on Motion Calendar: |
| 20  IFA NURSERIES, INC. | November 28, 2005 |
| 21        Defendant. | |

22

23      The parties to the above-captioned actions, through their undersigned counsel, hereby

24  stipulate to the consolidation for all purposes of the above-captioned actions.  Donald Potter,

25  counsel for proposed intervenor Janice Lowell, has granted counsel for the EEOC authorization

26  to inform the Court that he does not oppose consolidation of the cases.  The parties therefore

27  move that the Court exercise its authority under FRCP 41 and order the cases consolidated for all

STIPULATED MOTION TO CONSOLIDATE CASES

– C05-5671RBL – Page 1

1

2

3   purposes.  A proposed order follows.  Defendant Labor Ready will file separately a notice to

4   strike its pending Motion to Consolidate from the Court's calendar.

5

6   DATED this 28th day of November, 2005.

7   EQUAL EMPLOYMENT                          SEBRIS BUSTO JAMES

8   OPPORTUNITY COMMISSION

9

10  /s/Teri Healy                             /s/M. Edward Taylor
    A. Luis Lucero, Regional Attorney         M. Edward Taylor, WSBA #16864
11  Kathryn Olson, Supervisory Attorney       14205 SE 36th Street, Suite 325
12  Teri Healy, Senior Trial Attorney         Bellevue, WA 98006
    909 First Avenue, Suite 400               Telephone:  (425) 454-4233
13  Seattle, Washington 98104                 Fax:  (425) 453-9005
    Telephone: (206) 220-6895                 Attorneys for Defendant Labor Ready, Inc.
14  Fax: (206) 220-6911                       etaylor@sebrisbusto.com
15  Attorneys for Plaintiff
    Luis.Lucero@eeoc.gov                      LABOR READY, INC.
16  Kathryn.Olson@eeoc.gov                    Lisa Lawrence
    Teri.Healy@eeoc.gov                            P.O. Box 2910
17                                            Tacoma, WA 98401
18                                            Telephone: (800) 610-8920
                                              Fax: (253) 382-2511
19                                            LLawrence@laborready.com

20

21  WINTERBAUER & DIAMOND

22
    /s/Kenneth J. Diamond
23  Kenneth J. Diamond
    1200 5TH AVE STE 1910
24  Seattle, Washington 98101-3135
    Telephone: (206) 676-8440
25  Fax: (206) 676-8441
26  Attorney for Defendant IFA Nurseries
    ken@winterbauer.com
27

STIPULATED MOTION TO CONSOLIDATE CASES

– C05-5671RBL – Page 2

1

2

3

**ORDER**

The Court hereby Orders:

It is hereby ORDERED, ADJUDGED and DECREED that *Equal Employment Opportunity Commission v. Labor Ready, Inc.*, Case No. C05-5671 RBL and *Equal Employment Opportunity v. IFA Nurseries, Inc.*, Case No. CV05-5641 RBL are consolidated for all purposes.

DATED this 1st day of December, 2005.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO CONSOLIDATE CASES

– C05-5671RBL – Page 3